ALASKA STATEHOOD ACT, JULY, 1958, P.L. 85-508 HR 7999 STAT 339
CONSTITUTION OF THE STATE OF ALASKA ARTICLE IV § 3 / COMMON LAW

UNITED STATES DISTRICT COURT
THIRD DISTRICT

RECEIVED
OCT 06 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

NOTICE OF INTENT TO FILE SUIT/LEIN:

Petitioner/Claimant: Abruska:Mattfi , Sui Juris/True & Proper Name

vs

DEFENDANTS/RESPONDANTS: NANCY DAHLSTROM, EARL HOUSER,
C.O LOUTZENHISER, SARAH ANGOL, C.O KING, CJT. DOHERTY, SSGT. MOHRING,

CAUSE OF ACTION: On or about Sept. 22, 2021, C.O Loutzenhiser filed/ lodged a criminal complaint against the petitioner alleging "C19" "failure to follow a direct order", for not going to the facilities medical unit, when he had been previously told he didnt have to.

RELIEF DEMANDED: Because of the Superintendent EARL HOUSER eggregiously faILING TO "orientate new arrivals w/in 7 days..." this appears to be entrapment, and $1,000/day is demanded from filing to resolve.

JURY TRIAL DEMANDED!

By: Abruska:Mattfi-SUI JURIS
AUTHORIZED REPRESENTATIVE
ALL RIGHTS RESERVED
WITHOUT RECOURSE/PREJUDICE
UCC1-207/1-308/3-402 (b)



Abruska:Mattfi-SUI JURIS-[738]
Goose Creek Correctional
22301 West Alsop Road
Wasilla, Alaska [99623]
EXempt FROM EMPLOY

ALASKAN FRONTIER
995-997
5 OCT 2021 PM 1 L

u.s DISTRICT COURT
222 West 7th Avenue, Room 4
Anchorage, Alaska 99513

99513-750404